STATE OF NEW JERSEY v. JEFFREY MITCHELL.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY HAGLER.

September 5, 1985.

Petition for certification denied.

AMERICANA ASSOCIATES v. BOROUGH OF FORT LEE.

September 5, 1985.

Petition for certification denied.   (See 202 *N.J.Super.* 92)